IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SARA CHAISSON                                                                           PLAINTIFF

V.                          CASE NO. 5:14-CV-5296

SHERIFF TIM HELDER, Washington County,
Arkansas, in his official capacity only;
SERGEANT WHITTINGTON; OFFICER COTTLE;
OFFICER WALLACE; DEPUTY JILL JOHNSON;
and DEPUTY CAULEEN JOHNSON                                DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 41) filed in this case on July 27, 2016, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 36) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 17th day of August, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE